No. 15,151.

COLORADO FUEL AND IRON CORPORATION ET AL. *v.*
SEBASTIANELLI.

(126 P. [2d] 864)

Decided June 8, 1942.

Mr. C. H. GROVES, for the Colorado Fuel and Iron Corporation.

Mr. GAIL L. IRELAND, Attorney General, Mr. H. LAWRENCE HINKLEY, Deputy, Mr. HENRY L. STARK, Assistant, for the Industrial Commission.

Mr. B. H. SHATTUCK, for defendant in error.

*En Banc.*

PER CURIAM.

IN the disposition of the motion to dismiss the writ of error herein we are controlled by the case of *Industrial Commission v. Dorchak,* 97 Colo. 142, 47 P. (2d) 396, as there is here no final judgment to review, the same merely being interlocutory.

The writ of error is dismissed.